424 F.2d 1367
 Maurice A. KRISEL, Plaintiff-Appellant,
v.
Rafael DURAN, Sam J. Van Hining, and Economic Development
Administration of Puerto Rico, Defendants, and
Phillips Petroleum Company, Defendant-Appellee.
 No. 621, Docket 34091.
 United States Court of Appeals, Second Circuit.
 Argued May 11, 1970.
Decided May 20, 1970.
 
 Copal Mintz, Roman Beck, and Benjamin M. Cardozo, New York City (Cardozo & Cardozo, New York City, of counsel), for plaintiff-appellant.
 Robert MacCrate, and J. Marshall Wellborn, New York City (Sullivan & Cromwell, New York City, of counsel), for defendant-appellee.
 Before FRIENDLY and KAUFMAN, Circuit Judges, and BRYAN, District judge.[1]
 PER CURIAM:
 
 
 1
 We affirm for the reasons stated by Judge Weinfeld in his opinion below, 303 F.Supp. 573 (S.D.N.Y.1969).
 
 
 
 [1]
 Of the District Court for the Southern District of New York, sitting by designation